DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:20-cr-0046 |
| CHRISTOPHER LLOYD TURNBULL, | ) |
| Defendant. | ) |

## ORDER

**BEFORE THE COURT** is the trial in this matter, currently scheduled for January 4, 2022. For the reasons stated herein, the time to try this case is extended up to and including March 7, 2022.

In response to the COVID-19 pandemic, the Chief Judge of the District Court of the Virgin Islands entered a general order concerning operations of the Court on March 17, 2020. The Chief Judge has thus far extended the order twenty times, finding that the ends of justice require excluding March 18, 2020, through January 31, 2022, from the Speedy Trial count in all criminal matters.

To date, the COVID-19 virus has claimed more than 821,000 lives (88 of which have been in the U.S. Virgin Islands). COVID-19 continues to present an unpredictable threat to public health and safety, as shown in the recent surge in COVID-19 cases both in the continental United States and the Virgin Islands. As such, the Court finds that extending the period within which the Defendant may be tried under the Speedy Trial Act is necessary for the protection and well-being of the Defendant, the jury, the prosecutors, the witnesses, the Court's personnel, and the general public at large.

The premises considered, it is hereby

**ORDERED** that the time beginning from the date of this order granting an extension through March 7, 2022, shall be excluded in computing the time within which the trial in this matter must be initiated pursuant to 18 U.S.C. § 3161; it is further

*United States of America v. Turnbull*
Case No.: 3:20-cr-0046
Memorandum Opinion
Page 2 of 2

**ORDERED** that the parties shall provide the Clerk of Court with a USB Flash Drive containing electronic versions of exhibits no later than February 28, 2022;[1] and it is further

**ORDERED** that the jury selection and trial in this matter previously scheduled for January 4, 2022, are **RESCHEDULED** to commence promptly at 9:00 A.M. on March 7, 2022, in St. Thomas Courtroom 1.

**Dated:** December 30, 2021         /s/ *Robert A. Molloy*
                                     **ROBERT A. MOLLOY**
                                     **Chief Judge**

---

[1] Counsel are advised to consult with Court technical staff to determine the proper format for saving electronic versions of exhibits. The Government's trial exhibits shall be labelled sequentially beginning with Government's Exhibit 1. Defense exhibits shall be labelled sequentially beginning with Defense Exhibit A.