DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:20-cr-0046 |
| CHRISTOPHER LLOYD TURNBULL, | ) |
| Defendant. | ) |

## ORDER

**BEFORE THE COURT** is the United States' Emergency Motion to Continue Trial currently scheduled for March 8, 2022. For the reasons stated herein, the Court will grant the motion.

On March 7, 2022, Defendant Christopher Lloyd Turnbull ("Turnbull"), through counsel, informed the United States (the "Government") that he wished to accept a plea offer originally extended to him on January 24, 2022. (ECF No. 74.) Thereafter, the Government filed the instant motion to continue trial, representing that "the parties are committing that agreement to writing with the intention of filing a fully executed copy of their agreement on the docket before midnight" on even date. *Id.* at 1. Accordingly, the Government moves the Court to enter an order continuing the trial scheduled to begin the following morning.

While the Speedy Trial Act (the "Act") requires that defendants be tried within seventy days of indictment, the Act excludes any "delay resulting from consideration by the court of a proposed plea agreement to be entered into by the defendant and the attorney for the Government." 18 U.S.C. § 3161(h)(1)(G). Here, an extension is necessary to allow the Court sufficient time to review and consider Turnbull's plea.

*United States v. Turnbull*
Case No.: 3:20-cr-0046
Order
Page 2 of 2

The premises considered, it is hereby

**ORDERED** that the United States' Emergency Motion to Continue Trial, ECF No. 74, is hereby **GRANTED**; and it is further

**ORDERED** that the jury selection and trial in this matter, previously scheduled for March 8, 2022, are **CONTINUED** without date.

**Dated:** March 7, 2022      /s/ *Robert A. Molloy*
                              **ROBERT A. MOLLOY**
                              **Chief Judge**