### DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:20-cr-0049 |
| ) | |
| **CHRISTOPHER LLOYD TURNBULL,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

**THIS MATTER** came before the Court on a plea of guilty as to Count 1 of the Indictment by Defendant Christopher Lloyd Turnbull ("Defendant Turnbull"). At the change of plea hearing held on March 8, 2022, the Court determined that Defendant Turnbull's guilty plea was made knowingly and voluntarily, and that the offense charged was supported by an independent basis in fact. Accordingly, the Court accepted Defendant Turnbull's plea of guilty as to Count 1 of the Indictment.

The premises considered, it is hereby

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Office of Probation shall disclose the preliminary presentence report to the parties no later than April 27, 2022; it is further

**ORDERED** that the parties are to have a presentence conference with the Office of Probation no later than May 11, 2022; it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the Office of Probation no later than May 18, 2022; it is further

**ORDERED** that the Office of Probation shall disclose the final presentence report to the parties and the Court no later than June 2, 2022; it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than June 16, 2022; and it is further

*United States v. Turnbull*
Case No.: 3-20-cr-0046
 Order
Page **2** of **2**

      **ORDERED** that a sentencing hearing shall commence promptly at 9:00 a.m. on June 23, 2022, in Courtroom 2 before Chief Judge Robert A. Molloy.

**Dated:** March 8, 2022    /s/ *Robert A. Molloy*
                                              **ROBERT A. MOLLOY**
                                              **Chief Judge**